UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>         Plaintiff,<br><br>    v.<br><br>HELLAM INC., DBA LITTLE CEASAR'S PIZZA, EDWIN AND MARYLEE J HELLAM TRUSTEES, EDWIN HELLAM, MARYLEE J HELLAM and DOES 1-10, inclusive,<br>         Defendants.           / | Case No. 1:14-cv-0158 LJO-BAM<br><br>**ORDER AFTER SETTLMENT** |

   Plaintiff Aurora Cervantes has filed a Notice of Settlement indicating that settlement has been reached. (Doc. 5). Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than June 2, 2014, to file appropriate papers to dismiss or conclude this action in its entirety.

   This Court VACATES all pending dates and matters.

   Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

   Dated:   **April 3, 2014**            /s/ Barbara A. McAuliffe       _
                                    UNITED STATES MAGISTRATE JUDGE

1