# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HELLAM INC., DBA LITTLE CEASAR'S PIZZA, EDWIN AND MARYLEE J HELLAM TRUSTEES, EDWIN HELLAM, MARYLEE J. HELLAM and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | 1:14-cv-00158-LJO-BAM<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 7) |

Based on Plaintiff's timely request to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

　　　　1.　DISMISSES with prejudice this entire action and all claims;

　　　　2.　VACATES all pending dates and matters; and

　　　　3.　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　Dated:　**May 7, 2014**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1