# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>HELLAM INC., DBA LITTLE CEASAR'S PIZZA, EDWIN AND MARYLEE J HELLAM TRUSTEES, EDWIN HELLAM, MARYLEE J. HELLAM and DOES 1-10, inclusive,<br><br>    Defendants. | 1:14-cv-00158-LJO-BAM<br><br>**AMENDED ORDER TO DISMISS AND CLOSE ACTION (Doc. 7)** |

Based on Plaintiff's timely request to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES <u>without prejudice</u> this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:  **May 8, 2014**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1